IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD BILIK, #K-60539, | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 16-00821-MJR ) |
| DR. ROBERT SHEARING, M. MOLDENHAUER, LOUIS SHICKER, JOHN TROST, RICHARD HARRINGTON, S. A. GODINEZ, BILLIE W. GREER, ANGELA GROTT, GAIL WALLS, SERGEANT FEDERKE, ANGELA CRAIN, JACQUELINE LASHBROOK, RICHARD FERRELL, FE FUENTES, CINDY McDANIELS, SANDRA FUNK, KIMBERLY BUTLER, JOHN BALDWIN, BRUCE RAUNER, DR. RITZ, MARC HODGE, McGLORN, and UNKNOWN PARTY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF IMPENDING DISMISSAL

**REAGAN, Chief District Judge:**

Plaintiff Richard Bilik filed this action pursuant to 42 U.S.C. § 1983 against numerous Illinois Department of Corrections officials who allegedly denied him medical care for his serious medical needs at Lawrence and Menard Correctional Centers (Doc. 1). In the complaint, he claims that these officials violated his rights under the Eighth and Fourteenth Amendments. Plaintiff seeks monetary relief (*id.*).

On July 20, 2016, this case was opened without payment of a filing fee or the filing of a Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs ("IFP Motion"). On the same date, the Clerk of Court sent Plaintiff a letter (Doc. 2) advising

him that he must prepay the filing fee of $400.00 or file an IFP Motion within thirty (30) days (*i.e.*, by August 19, 2016). Plaintiff was clearly warned that failure to prepay the full filing fee or to file an IFP motion by August 19, 2016, would result in dismissal of this case (*Id.*).

Document 2 was sent to Plaintiff at the address listed on the complaint and on file with the Clerk's Office in this action at the time – c/o Pinckneyville Correctional Center, 5835 State Route 154, P.O. Box 999, Pinckneyville, Illinois 62274. Included with this letter was a form IFP motion. To date, Plaintiff has not paid the $400.00 filing fee for this action or filed a properly completed IFP Motion and Trust Fund Statement. The Court cannot allow this matter to linger indefinitely. The deadline set in Document 2 remains in effect.

Plaintiff is hereby **ORDERED** to provide the Court with a filing fee of $400.00 or a properly completed IFP Motion on or before **August 19, 2016**. If Plaintiff files an IFP Motion, the Court must review Plaintiff's trust fund account statement for the 6-month period immediately preceding the filing of this action. Thus, Plaintiff must have the Trust Fund Officer at his facility complete the attached certification and provide a copy of his trust fund account statement (or institutional equivalent) for the period 1/1/2016 to 7/20/2016. This information should be mailed to the Clerk of Court at the following address: United States District Court – Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois 62201. The Clerk has already provided Plaintiff with a copy of the Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs, along with Document 2, and will not need to send a second form at this time.

Plaintiff is again **ADVISED** of his continuing obligation to keep the Clerk and each opposing party informed of any change in his address. The Court will not independently

investigate Plaintiff's whereabouts.  This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.

**Failure to comply with this Order shall result in dismissal of this action for want of prosecution and/or for failure to comply with a court order under Federal Rule of Civil Procedure 41(b).**

**IT IS SO ORDERED.**

**DATED: August 10, 2016**

s/ MICHAEL J. REAGAN
**Chief Judge**
**United States District Court**
